ROBERT PATRICK STICHT (SBN 138586)
PAUL J. ORFANEDES*
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org

*Application for admission pro hac vice forthcoming

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.  3:24-cv-00033-BAS-DDL<br><br>**NOTICE OF FILING**<br>**PROOF OF SERVICE** |

　　　Plaintiffs Estate of Ashli Babbitt and Aaron Babbitt, individually and on behalf of the Estate of Ashli Babbitt, by and through counsel, and pursuant to Rules 4(i) and 4(l) of the Federal Rules of Civil Procedure, respectfully submit the attached Declaration of Cristina Rotaru as proof that service of process has been effected in this matter on Defendant, the United States of America, the Attorney General of the United States, and the U.S. Attorney General for the Southern District of California.

| | | | |
|---|---|---|---|
| 1 | Dated:  January 22, 2024 | | Respectfully submitted, |
| 2 | | | JUDICIAL WATCH, INC. |
| 3 | | By: | */s/ Robert Patrick Sticht.* |
| 4 | | | ROBERT PATRICK STICHT |
| 5 | | | Attorneys for Plaintiffs |