1    ROBERT PATRICK STICHT (SBN 138586)
2    JUDICIAL WATCH, INC.
     425 Third Street SW, Suite 800
3    Washington, D.C. 20024
     Telephone: (202) 646-5172
4    Fax: (202) 646-5199
     Email: rsticht@judicialwatch.org
5
6    Attorneys for Plaintiffs
7
8                      UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10
11   ESTATE OF ASHLI BABBITT and           Case No.  3:24-cv-00033-BAS-DDL
12   AARON BABBITT, individually and
     on behalf of the ESTATE OF ASHLI      **DECLARATION OF MICHELLE A.**
13   BABBITT,                              **WITTHOEFT IN SUPPORT OF**
                                           **PLAINTIFFS' OPPOSITION TO**
14                    Plaintiffs,          **DEFENDANT'S MOTION TO**
                                           **TRANSFER VENUE**
15        v.
                                           Hearing Date:   April 8, 2024
16   UNITED STATES OF AMERICA,
17                                         Honorable Cynthia A. Bashant
                     Defendant.            Courtroom 12B (12th Floor)
18
19
20
21
22
23
24        I, Michelle A. Witthoeft, state:
25        1.      My name is Michelle Antoinette Witthoeft.  My address is 894 Galapogo
26   Street, Spring Valley, California 91977, which is in the East County region of San
27   Diego County.  I am making this declaration in support of Plaintiffs' opposition to
28   Defendant's motion to transfer venue to the District of Columbia.  I have personal

1  knowledge of the facts contained in this declaration and if called as a witness could,

2  and would, competently testify to those facts.

3       2.    Ashli Babbitt is my daughter.  Ashli was born Ashli Elizabeth Pamatian

4  at Naval Hospital San Diego (aka Balboa Hospital) on October 10, 1985.  Ashli grew

5  up living with me, her stepfather Roger Witthoeft, and four younger brothers at our

6  home in Lakeside, California.  Ashli was also close to her maternal grandparents

7  growing up.  Ashli's grandparents and I settled in the East County region of San

8  Diego in 1983 when my father retired from the U.S. Navy and began working for a

9  defense contractor in San Diego County.  Ashli attended Lakeside Farms Elementary

10  school, Tierra Del Sol Middle School, and El Capitan High School.

11       3.    Ashli enlisted in the U.S. Air Force after graduating high school at age

12  seventeen.  She left home for basic training after her eighteenth birthday.  Below is an

13  image of Ashli graduating from basic training at Lackland Air Force Base, San

14  Antonio, Texas in August 2004, given to me by Ashli.



25       4.    Ashli served in the U.S. Air Force (USAF) from April 2004 to June 2009

26  and in the Air National Guard (ANG) for several years.  A Senior Airman, Ashli

27  received honorable discharges from both the USAF and the ANG.

5.      Ashli served as a military police officer and guarded high-value military assets and troops and high-level national security officials and dignitaries in the Middle East as well as captured terrorists and even nuclear weapons.

6.      Ashli's first assignment was at Eielson Air Force Base near Fairbanks, Alaska.  Ashli deployed down range on at least four separate occasions in support of Operation Iraqi Freedom and Operation Enduring Freedom maintaining security for her area of responsibility.  Ashli conducted Convoy Security Operations, Base Entry Control Procedures, Force Protection, Physical Security, Personal Security, and Embassy Security Operations.  Ashli also conducted Detainee Movement Operations as well as provided security for detainees at Camp Bucca, Iraq where she was also tasked with gathering intelligence and maintaining order and balance within compounds.  Ashli also conducted Presidential Security for two years.  Ashli also deployed to the United Arab Emirates and Korea for approximately six months at a time.

7.      Ashli's weapons training included the M-4 assault rifle, M-9 semiautomatic 9mm pistol, M-249 squad automatic weapon, M-240B machine gun, and M-203 grenade launcher, as well as the less than lethal alternatives, Oleoresin Capsicum (OC) spray (aka pepper spray) and the Armament Systems and Procedures (ASP) baton.  Ashli also received training on Military Operations in Urban Terrain (MOUT), Improvised Explosive Device (IED) detection, Entry Control Procedures, and Vehicle/Personnel Search Procedures.

8.      Ashli's awards included the Air Force Achievement Medal, Army Achievement Medal, Iraqi Freedom Campaign Medal, Afghanistan Campaign Medal, Marksmanship Ribbon with Cluster Meritorious Unit Award, Outstanding Performer for Unit Inspection, Outstanding Performer for Wing Level Exercise, Leadership Award, and Command Chief Master Sergeant A.C.E. Award.

9.      Below is an image of Ashli with General John Abizaid, commander of U.S. Central Command from July 2003 to March 2007, taken Christmas 2005, given

to me by Ashli.  General Abizaid happened to be passing through the operational area, saw Ashli waving a Merry Christmas cardboard sign to the pilots and crews of the aircraft taking off and landing at the airstrip, and was so impressed with her way of boosting troop morale that he stopped his convoy to meet and commend Ashli for her performance.  General Abizaid coined Ashli for her hard work and excellence.



10.     Although Ashli loved serving her country in the military, she was most happy to return to San Diego, live three blocks from the water in Ocean Beach where she enjoyed surfing as a kid, and be near her family, especially her grandfather. Ashli's grandmother passed away while she was serving in the Middle East.

11.     Ashli's strong connection and ties to San Diego County also convinced her boyfriend, Aaron Babbitt, who was not from California, to move to San Diego. Together, Ashli and Aaron, a U.S. Marine Corps veteran, purchased a 37-year-old pool business known as Fowler's Pool Service in Spring Valley, California.  Ashli and Aaron were married two years later in San Diego.

12.     Ashli's bodily remains were cremated and returned to her husband and our family in San Diego County.  Ashli's ashes were released to the wind over the Pacific ocean waters near her home in Ocean Beach.

13.     I respectfully ask this Court to deny the motion to transfer the venue of my daughter's wrongful death case to the District of Columbia.  Ashli had no ties

there.  Ashli would have wanted her case fairly adjudicated in San Diego County.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 25 day of March, 2024.

Michelle A. Witthoeft