ROBERT PATRICK STICHT (SBN 138586)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:24-cv-00033-BAS-DDL<br><br>**DECLARATION OF AARON BABBITT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Hearing Date: April 8, 2024<br><br>Honorable Cynthia A. Bashant<br>Courtroom 12B (12th Floor) |

I, Aaron Babbitt, state:

1. My name is Aaron Babbitt. I am a Plaintiff in this lawsuit and the personal representative and administrator of the Estate of Ashli Babbitt. I am making this declaration in support of Plaintiffs' opposition to Defendant's motion to transfer venue to the District of Columbia. I have personal knowledge of the facts contained

in this declaration and if called as a witness could, and would, competently testify to those facts.

2. In 2017, Ashli Babbitt and I purchased a 37-year-old pool business known as Fowler's Pool Service in Spring Valley, California and moved into a home in Ocean Beach three blocks from the ocean. Ashli was born and raised in San Diego County, had family in the area, and was eager to return to beautiful San Diego, live near the beach, and enjoy life. Ashli also wanted to own and operate a small woman- and veteran- owned business. Our pool service provided employment in the local community for Ashli, me, and four existing employees, as well as taxes, spending on local products and services, and other benefits. It also serviced approximately 500 accounts in greater San Diego County from the border to Jamul, Poway, and La Jolla.

3. Ashli's strong connection and ties to San Diego County convinced me to quit my secure, well-paying job at Calvert Cliffs Nuclear Power Plant in Maryland, purchase our pool business in Spring Valley, and move to Ocean Beach. Ashli and I were also married in San Diego.

4. Our small, local pool business did not survive Ashli's killing on January 6, 2021. Approximately 50 customers were immediately lost who were politically-motivated to cut ties with us. We were also attacked massively and viciously on social media. Our Yelp account was flooded with fake reviews that Yelp refused to take down. Our Facebook and Instagram accounts also had to be shut down. Our good will that had been established in San Diego County over forty years was destroyed. I also received personal death threats locally.

5. Ashli's bodily remains were cremated and returned to me and her family in San Diego County. We said goodbye to Ashli and released her ashes to the wind over the Pacific ocean waters near her home in Ocean Beach.

6. I respectfully ask this Court to deny the motion to transfer the venue of my wife's wrongful death case to the District of Columbia. Ashli had no ties there.

I declare under penalty of perjury pursuant to the laws of the United States of

America that the foregoing is true and correct.

Executed this 25TH day of March, 2024.

_____
Aaron Babbitt