# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

June 12, 2024

Clerk, U.S. District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: Estate of Ashli Babbitt, et al. v. United States of America, Case No. 3:24–cv–00033–BAS–DDL

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

           Sincerely yours,

           John Morrill,
           Clerk of the Court

           By: s/ M. Williams, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: